VOLLARO, Respondent, v. VOLLARO, Appellant. (Supreme Court, Appellate Division, Second Department. April ·21, 1911.) Action by Josephina Vollaro against Saverio Vollaro. No opinion. Motion denied, without costs, on condition that appellant perfect· his appeal, and place the case on the calendar for the first motion day of next term; otherwise, motion granted, with $10 costs. See, also, 129 N. Y. Supp. 43.

VORCE, Appellant, v. MURRAY, Respondent. (Supreme Court, Appellate Division, Third Department. May 11, 1911.) Action by Orrin Vorce against Eleanor D. Murray. No opinion. Motion denied. See, also, 128 N. Y. Supp. 528.

WALDO, Com'r, v. SELIG. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Rhinelander Waldo, Commissioner, etc., against Lewin Selig. No opinion. Application granted, upon defendant filing stipulation as provided in order. Order signed. See, also, 70 Misc. Rep. 254, 126 N. Y. Supp. 798.

WALSH v. McAULIFFE et al. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Patrick J. Walsh against John McAuliffe and Halstead Swan. No opinion. Judgment of the Municipal Court affirmed, with costs.

WASEY v. HOLBROOK. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Edward G. Wasey against Edward Holbrook. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 272.

WEBER, Respondent, v. CITIZENS' TRUST CO. OF UTICA, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Emma J. Weber against the Citizens' Trust Company of Utica, N. Y.

PER CURIAM. Judgment and order affirmed, with costs.

·WILLIAMS, J., dissents.

WEGENER, Respondent, v. DOERFLEIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Louis H. Wegener against Mary R. Doerflein. No opinion. Judgment affirmed, with costs.

WEINBERG et al., Respondents, v. RICKETTS, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Perry A. Weinberg and others against Elizabeth M. Ricketts. N. W. Kerngood, for appellant. M. H. Grossman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

WEINBERGER v. GRAND LODGE, INDEPENDENT ORDER OF FREE SONS OF JUDAH. HURFF v. E. R. BRACKETT CO. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Actions by Moritz Weinberger against the Grand Lodge, Independent Order of Free Sons of Judah, and by Henry F. Hurff against the E. R. Brackett Company. No opinions. Applications denied, with $10 costs. Orders signed.

In re WEIR. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) In the matter of the application of Robert H. Weir, as Supervisor of the Town of Burke, Franklin County, N. Y., to compel the delivery of the books and papers belonging or appertaining to such office as supervisor of the town of Burke aforesaid, and now in possession of Fred R. Badger, as a resident of the town of Burke aforesaid. No opinion. Order affirmed, with $10 costs and disbursements, and stay vacated.

WEISS, Appellant, v. COOPER et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Josephine M. Weiss against Daisey B. Cooper and another. No opinion. Judgment unanimously affirmed, with costs.

WENDEL et al. v. LAWRENCE et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Louis Wendel, Jr., and others against George H. Lawrence and others, as executors, etc., impleaded with others. H. C. Henderson, for appellants. L. Wendel, Jr., for respondents. No opinion. Judgment, so far as appealed from, affirmed, with costs. Order filed.

WESTALL, Respondent, v. KELLER, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Walter W. Westall against Augustus R. Keller. No opinion. Judgment of the Municipal Court affirmed, with costs.

WESTCHESTER COUNTY, Respondent, v. TRUSTEES OF LEAKE & WATTS ORPHAN HOUSE IN CITY OF NEW YORK, Appellants. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by the County of Westchester against the Trustees of the Leake & Watts Orphan House in the City of New York. No opinion. Final order affirmed, with $10 costs and disbursements. See, also, 140 App. Div. 188, 124 N. Y. Supp. 1029.

In re WEST 134TH ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 26, 1911.) In the matter of West 134th Street in the City of New York. No opinion. Motion granted. Question certified as stated in order. Order filed. See, also, 128 N. Y. Supp. 589.

WILKES, Respondent, v. JOHN H. PARKER CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by George Wilkes against the John H. Parker Company.

PER CURIAM. Judgment and order of the Municipal Court affirmed, with costs.

BURR, J., dissents.